IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHUBB NATIONAL INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREA D'ALESSIO, et al | : | NO. 19-157 |

## ORDER

**AND NOW**, this 24th day of June, 2019, upon consideration of Plaintiff's "Motion for Leave for Extension to Serve by Publication" (Docket No. 7), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks a sixty (60) day extension of time to serve Defendants.

2. The Motion is **DENIED WITHOUT PREJUDICE** insofar as it seeks to serve Defendants by publication alone.

3. Plaintiff shall effectuate service on Defendants no later than August 23, 2019.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.